**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Petitioner, § | |
| § | 3-10CV2382-P |
| v. § | Civil Action No. |
| § | |
| DORA BAEZA, § | |
| Respondent, § | |

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America applies for an Order requiring Dora Baeza to appear, give testimony, and produce certain books, records and papers on her tax liabilities and/or the collection of her tax liabilities, as more fully set out in the attached Exhibit A. On May 13, 2010, Revenue Agent Pamela A. Langelier, an authorized delegate of the Secretary of the Treasury and of the Commissioner of Internal Revenue, issued a summons to Dora Baeza under Section 7602 of the Internal Revenue Code, and the United States seeks enforcement of that summons.

### I.

Dora Baeza resides at 10523 Black Jack Oaks, Dallas, Texas 75227.

### II.

This Court has jurisdiction under Section 7604(a) of the Internal Revenue Code, 26 U.S.C. § 7604(a).

### III.

On May 13, 2010, Revenue Agent Pamela A. Langelier served a summons on Dora Baeza by taping it to the door of Ms. Baeza's last and usual place of abode, as authorized by Section 7603 of the Internal Revenue Code. The summons required Dora Baeza to appear, give testimony, and produce certain books, records and papers on her tax liabilities and/or the collection of her tax liabilities at 4050 Alpha Road, MC 5330 NDAL, Dallas, Texas, 75244 on June 2, 2010, at 8:30 a.m.

### IV.

Dora Baeza did not comply with the requirements of the summons.

### V.

Before issuing the summons, representatives of the Internal Revenue Service attempted to secure information from Dora Baeza with which to determine her federal income tax liabilities for the 2007, 2008, and 2009 tax years. Dora Baeza refused to produce that information. The summons was therefore issued under Section 7602 of the Internal Revenue Code. Dora Baeza has refused to comply with the summons to date.

### VI.

Attached as Exhibit B is the Declaration of Revenue Agent Pamela A. Langelier, attesting to the facts recited herein and showing that, upon information and belief, the documents and testimony sought are relevant and necessary to properly investigate and determine the federal tax liabilities of Dora Baeza for the 2007, 2008, and 2009 tax years.

### VII.

The summons that is the subject matter of this action was issued for a legitimate purpose under the Internal Revenue Code, seeks information relevant for that purpose,

and seeks testimony and documents not presently in the possession of the Internal Revenue Service. The summons was issued in compliance with all applicable statutes, rules and regulations. There is no "Justice Department referral," as that term is defined in 26 U.S.C. § 7602(d), in effect on Dora Baeza concerning the summons for the tax years in question.

The United States of America respectfully requests:

(a) That this Court issue an order directing Dora Baeza to appear before this Court at a time fixed by the Court to show cause, if any, why an order should not issue directing Dora Baeza to appear before an officer of the Internal Revenue Service at a specified time and place and to give the testimony and produce the records requested in the summons for inspection and copying.

(b) That at the time of the show cause hearing, the Court issue an order directing Dora Baeza to appear before an officer of the Internal Revenue Service at a specified time and place and that Dora Baeza be required to give the testimony and produce the records requested in the summons.

(c) That the Order to Show Cause provide that service of the order, together with a copy of this Petition and the attached Exhibits thereto, be made by an agent of the Internal Revenue Service.

(d) That the United States have its costs of suit and all other and further relief as may be necessary or appropriate.

Respectfully submitted,

JAMES T. JACKS,
United States Attorney

_____
ADAM L. FLICK
Special Assistant U.S. Attorney
State Bar No. 24042617
4050 Alpha Road, 13th Floor
MC 2000NWSAT
Dallas, Texas 75244
Tel.: (972) 308-7947
Fax: (972) 308-7960
ATTORNEY FOR PETITIONER



# Summons

In the matter of  Dora Baeza, SSN 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
Internal Revenue Service (Division):  Small Business / Self-Employed (SBSE)
Industry/Area (name or number):  Gulf States; Territory 3; Group 5 Exam 1163
Periods: For the Year Ended December 31, 2007; For the Year Ended December 31, 2008; and For the Year Ended December 31, 2009

### The Commissioner of Internal Revenue

To:  Dora Baeza
At:  10523 Black Jack Oaks; Dallas; Texas  75227

You are hereby summoned and required to appear before  Pamela Langelier or her Designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Receipts, summary sheets, workpapers, and any other documents provided to your tax return preparer for preparation of your 2007, 2008 and 2009 individual income tax returns, Forms 1040.

Schedules, summary sheets, workpapers, and any other documents that your tax return preparer provided to you during the preparation of your 2007, 2008 and 2009 individual income tax returns, Forms 1040.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
4050 Alpha Rd.; MC 5330 NDAL; Dallas, TX 75244          (972) 308-1182

**Place and time for appearance at**  4050 Alpha Road; Dallas, TX 75244

**IRS**

on the __2nd__ day of __June__, __2010__ at __8:30__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __13th__ day of __May__, __2010__.

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer — Pamela Langelier — Revenue Agent / Title
Signature of approving officer (if applicable) — Donnell Dickerson — Group Manager / Title

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

**Original — to be kept by IRS**

Exhibit - A



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| May 13, 2010 | 1:35 PM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _Taped to door_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Dora Baeza
10523 Black Jack Oaks; Dallas; Texas 75227

| Signature | Title |
|---|---|
| Pam Langelier | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: Dora Baeza

Address of Noticee (if mailed): 10523 Black Jack Oaks; Dallas; Texas 75227

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2008)

## DECLARATION

Pamela A Langelier declares:

1. I, Pamela A Langelier am a duly commissioned Revenue Agent employed in the Small Business/Self-Employed Division of Group 1163 in Territory 3 of the Internal Revenue Service at 4050 Alpha Road, Dallas, TX.

2. In my capacity as a Revenue Agent, I am conducting an investigation for the purpose of ascertaining the income tax liability of Dora Baeza for the years ending December 31, 2007 and December 31, 2008 and December 31, 2009.

3. As part of the above investigation and in furtherance thereof, pursuant to 26 U.S.C. § 7602, on May 13, 2010, I issued an Internal Revenue Service Summons, Internal Revenue Service Form 2039, to Dora Baeza directing her to appear before me on June 2, 2010, to testify and to produce for examination books, papers, records or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with 26 U.S.C. § 7603, on May 13, 2010, I served an attested copy of the Internal Revenue Service summons described in Paragraph 3 above on Dora Baeza by attaching it to her door with tape.

5. On May 25, 2010, certified mail package was received in name of Dora Baeza. Included in the package was a partially completed Form 2848 completed by Dora Baeza 's return preparer, Mr. Joseph Rivas, who indicated he was a CPA in section 2 of the Form 2848. Also included was a schedule of items deducted on Dora Baeza 's return but no documentation for said expenses, with many appearing

Exhibit - B

to be nondeductible items with no explanation of why they would be deductible expenses.

6. On May 25, 2010, I sent a certified mail response to package received on May 25, 2010 informing Dora Baeza that the information received was not sufficient and that she was still required to appear on June 2, 2010 per summons delivered on May 13, 2010. The response also explained that she could have a representative but needed to fill out a complete Form 2848 and have a valid representative, with review of Texas State Board of Public Accountancy indicating Mr. Rivas was not a valid CPA. The response detailed that in the event she chose to have a representative, she could bring the completed form to her appointment but that she would still be required to appear in addition to the representative in order to comply with the summons.

7. On June 2, 2010, Dora Baeza did not appear in response to the summons. Dora Baeza's refusal to comply with the summons continues to the date of this Declaration.

8. It is relevant and necessary to examine the books, records, and other papers demanded by the summons and to take the testimony in respect thereof in order to properly investigate the income tax liability of Dora Baeza for the years ending December 31, 2007 and December 31, 2008, and December 31, 2009.

9. The testimony and documents sought by the above-described summons are not presently in the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for issuance and service of a summons have been taken.

11. There is no "Justice Department referral" in effect with respect to Respondent or any other persons whose tax liability is at issue with regard to this summons for the tax years 2007, 2008, and 2009, as that term is defined in 26 U.S.C. § 7602(d).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __23rd__ day of June, 2010.

*Pamela A. Langelier*
Pamela A Langelier
Revenue Agent

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
Dora Baeza

NOV 24 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Dallas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

3-10CV-2382-P

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
A.L.Flick, SAUSA, TX St. Bar # 24042617
4050 Alpha Rd., Dallas, TX 75244 Tel. 972-308-7900

Attorneys (If Known)
Respondent's Address:
10523 Black Jack Oaks, Dallas, TX 75227

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | / [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / **Habeas Corpus:** | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - Other / [ ] 550 Civil Rights | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | / [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | [ ] 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

[ ] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 U.S.C. Sections 7604(a) and 7402(a)

Brief description of cause:
Enforcement of IRS Summons

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____